IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BARBARA STREETER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:04CV418-W |
| | ) | (WO) |
| THE BRIDGE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the order entered on this date granting defendant's motion for summary judgment, it is the ORDER, JUDGMENT and DECREE of this court that plaintiff's claims against defendant are DISMISSED with prejudice. Costs are taxed against plaintiff.

Done, this 16th day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE